# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JASON CLAPP, Inmate #12509-045,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 05-514-JLF |
| | ) |
| **SARA M. REVELL,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**FOREMAN, District Judge:**

Petitioner, an inmate in the Federal Correctional Institution in Greenville, Illinois, brings this habeas corpus action pursuant to 28 U.S.C. § 2241. In this action, Petitioner challenges the manner in which the Bureau of Prisons interprets 18 U.S.C. § 3624(b) to calculate good conduct credit. However, the Seventh Circuit has recently upheld the Bureau's method of calculating good conduct credit. *White v. Scibana*, 390 F.3d 997, 1003 (7th Cir. 2004). *See also Pacheco-Camacho v. Hood*, 272 F.3d 1266 (9th Cir. 2001).

Therefore, the petition for writ of habeas corpus is **DENIED**, and this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**
**DATED: August 2, 2005.**

                                               **s/ *James L. Foreman***
                                                    **DISTRICT JUDGE**